B9I (Official Form 9I) (Chapter 13 Case) (12/12)                                                       Case Number 15–17336

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/15/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Teresa Jo Jacobsen
aka Terri Jacobsen, fka Teresa Jo Mikenas
3080 Elleby Court
North Aurora, IL 60542

| | |
|---|---|
| Case Number: 15–17336<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2477 |
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: 630–575–8181 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number: 630–981–3888 |

## Meeting of Creditors:

Date: **June 17, 2015**                                       Time: **10:00 AM**

Location: **801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **9/15/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **11/12/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **July 10, 2015**, Time: **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/17/15**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: May 19, 2015 |

## **EXPLANATIONS** B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                          Case No. 15-17336-DRC
Teresa Jo Jacobsen                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dsirmons                Page 1 of 2                 Date Rcvd: May 19, 2015
                                Form ID: b9i                  Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2015.
```
db            +Teresa Jo Jacobsen,    3080 Elleby Court,    North Aurora, IL 60542-4300
tr            +Glenn B Stearns,    801 Warrenville Road,   Suite 650,    Lisle, IL 60532-4350
23294690      +Associated Bank,    200 N Adams Street,    Green Bay, WI 54301-5174
23294697      +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
23294691      +Bank of America, N.A.,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
23294693      +Baum Property Management,    PO Box 46,   Aurora, IL 60507-0046
23294730     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: The Home Depot,    Processing Center,   Des Moines, IA 50364)
23294702      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bkty,    Po Box 790040,
               Saint Louis, MO 63179-0040
23294703       Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
               Saint Louis, MO 63179-0034
23294704      +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
               Warwick, RI 02886-1321
23294705      +Citizens Bank,    Attn: Bankruptcy,   443 Jefferson Boulevard MS RJW-135,
               Warwick, RI 02886-1321
23294709      +Concord Servicing Corp,    4150 N. Drinkwater Blvd., Suite 200,    Scottsdale, AZ 85251-3643
23294713       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23294714      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23294716      +FIA,   Client Services, Inc.,    3451 Harry S. Truman Boulevard,    Saint Charles, MO 63301-9816
23294719      +Kane County,    719 S. Batavia Avenue,   Building A,    Geneva, IL 60134-3077
23294720      +Kane County,    719 S. Batavia Avenue,   Geneva, IL 60134-3000
23294721       Kane County Treasurer,    PO Box 4025,   Geneva, IL 60134-4025
23294723      +Marquette County,    77 West Park Street,   Montello, WI 53949-9366
23294726      +Ocwen Loan Servicing,    3451 Hammond Avenue,   Waterloo, IA 50702-5345
23294725      +Ocwen Loan Servicing,    P.O. Box 6440,   Carol Stream, IL 60197-6440
23294727      +Ogle County,    105 S. 5th Street, Suite 202,   Oregon, IL 61061-1602
23294728      +Orchard Valley,    c/o Alpha Management,    PO Box 4482,   Aurora, IL 60507-4482
23294729      +Quinto del Golfo,    PO Box 150,   Scottsdale, AZ 85252-0106
23294731       Trans Union LLC,    P.O. Box 2000,   Chester, PA 19016-2000
23294734     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 Brady,   Davenport, IA 52806)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: courtinfo@sulaimanlaw.com May 20 2015 01:15:00      Nathan C Volheim,
               Sulaiman Law Group, LTD,    900 Jorie Blvd,    Suite 150,   Oak Brook, IL  60523
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 20 2015 01:15:43      Patrick S Layng,
               Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
23294689      +EDI: BECKLEE.COM May 20 2015 00:48:00     American Express *,    c/o Becket & Lee,
               P.O. Box 3001,    Malvern, PA 19355-0701
23294715       EDI: BANKAMER.COM May 20 2015 00:48:00     Fia,   Po Box 982235,    El Paso, TX 79998
23294692      +EDI: BANKAMER2.COM May 20 2015 00:48:00     Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,    Charlotte, NC 28255-0001
23294695      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 20 2015 01:16:12
               Bayview Financial Loan,    4425 Ponce De Leon Boulevard,    Miami, FL 33146-1873
23294694      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 20 2015 01:16:12
               Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Boulevard 5th Fl,
               Miami, FL 33146-1873
23294696      +EDI: HFC.COM May 20 2015 00:48:00     Best Buy Co., Inc,    Bureaus Investment Group,
               PO Box 17298,    Baltimore, MD 21297-1298
23294701       EDI: CITICORP.COM May 20 2015 00:48:00     Citibank, N.A.,    Attn: Centralized Bankruptcy,
               Po Box 20363,    Kansas City, MO 64195
23294698      +EDI: AIS.COM May 20 2015 00:49:00     Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
23294699      +EDI: CAPITALONE.COM May 20 2015 00:48:00     Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
23294700      +EDI: CHASE.COM May 20 2015 00:48:00     Chase *,    ATTN: Bankruptcy Department,
               P.O. Box 15298,    Wilmington, DE 19850-5298
23294706      +EDI: WFNNB.COM May 20 2015 00:48:00     Comenity Bank,    PO Box 182789,
               Columbus, OH 43218-2789
23294707      +EDI: WFNNB.COM May 20 2015 00:48:00     Comenity Bank,    220 W. Schrock Road,
               Westerville, OH 43081-2873
23294708      +EDI: WFNNB.COM May 20 2015 00:48:00     Comenity Bank/ Carsons,    3100 Easton Square Place,
               Columbus, OH 43219-6232
23294711       EDI: DISCOVER.COM May 20 2015 00:48:00     Discover Financial Services,    2500 Lake Cook Road,
               Deerfield, IL 60015
23294712       EDI: DISCOVER.COM May 20 2015 00:48:00     Discover Financial Services LLC,    Po Box15316,
               Wilmington, DE 19850
23294717      +EDI: BANKAMER.COM May 20 2015 00:48:00     FIA Card Services, N.A.,    PO Box 15019,
               Wilmington, DE 19886-5019
23294718      +EDI: CHASE.COM May 20 2015 00:48:00     JPMorgan Chase*,    270 Park Avenue,
               New York, NY 10017-2014
```

```
District/off: 0752-1          User: dsirmons              Page 2 of 2                  Date Rcvd: May 19, 2015
                              Form ID: b9i                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
23294722      +EDI: CBSKOHLS.COM May 20 2015 00:48:00      Kohls,   N56 W 17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
23294724      +Fax: 407-737-5634 May 20 2015 01:22:08      Ocwen Loan Servicing,
               1661 Worthington Rd Suite 100,   West Palm Beach, FL 33409-6493
23294735      +EDI: WFFC.COM May 20 2015 00:48:00      Wells Fargo Bank, N.A.,   420 Montgomery Street,
               San Francisco, CA 94104-1298
23294736      +EDI: WFFC.COM May 20 2015 00:48:00      Wells Fargo Financial Bank,   4137 121st Street,
               Urbandale, IA 50323-2310
23294737      +EDI: WFFC.COM May 20 2015 00:48:00      Wffnb Dual L,   800 Walnut Street,
               Des Moines, IA 50309-3605
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23294710*     +Concord Servicing Corporation,   4150 N. Drinkwater Blvd., Suite 200,
               Scottsdale, AZ 85251-3643
23294732*    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,   Attn: Credit Dept,   6565 Brady Street,
               Davenport, IA 52806)
23294733*    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,   PO Box 790298,   Saint Louis, MO 63179)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2015 at the address(es) listed below:
```
              Glenn B Stearns    mcguckin_m@lisle13.com
              Nathan C Volheim    on behalf of Debtor Teresa Jo Jacobsen courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```