UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-17336 |
| TERESA JACOBSEN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | Lake County |
| Debtor(s) | ) | |

**Order Granting Debtor's Motion to Approve Retention of Proceeds**

THIS CAUSE comes on the Debtors' motion, the Court being advised,

IT IS HEREBY ORDERED THAT:

1) Debtor's motion is granted;

2) Debtor is allowed to keep the amounts from the settlement of the two lawsuits filed in the Federal Court for the Northern District of Illinois namely Jacobsen v. Commenity Bank, Case No. 1:15-cv-10613 and Jacobsen v. BMO Harris Bank, N.A. et al, Case No. 1:16-cv-00790; and

3) Debtor's attorneys, the Sulaiman Law Group Ltd. is authorized to disburse those funds to Debtor.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 21, 2016

**Prepared by:**

James J. Haller # 6226796
Counsel for Debtor
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188